# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RANDALL S. WHITE, #S-10487, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL NO. 11-cv-230-MJR |
| WHITE COUNTY JAIL, RANDY COBB, | ) | CIVIL NO. 11-cv-604-GPM |
| JOE WISE, and TOM HADLEY, | ) | |
| | ) | |
|     Defendants. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter comes before the Court for case management. On June 6, 2011 this Court found that Plaintiff's complaint filed in 11-230 (Doc. 1) lacked sufficient information for the Court to conduct a proper review and make determinations as to Plaintiff's claims. The Court informed Plaintiff that he could cure these deficiencies by filing an amended complaint by July 7, 2011. As that date has come and passed, the Court was ready to dismiss the case for failure to follow an order of this Court pursuant to Federal Rule of Civil Procedure 41(b). However, before dismissing the case the Court performed a routine review of its docket and discovered that Plaintiff had a new case that was filed July 13, 2011 against the same Defendants as listed in this action.

A review of the pleadings indicates that the complaint filed in 11-cv-604 (Doc.1) is actually the amended complaint Plaintiff was ordered to file in 11-cv-230 (*see* Doc. 7), which is dated July 7, 2011, making the complaint timely. The complaint docketed in case 11-cv-604 shall be docketed in case 11-cv-230 as an amended complaint, and all pending motions shall also be transferred accordingly. All future pleadings shall be filed in, and contain, case number 11-cv-230. The Clerk

of Court is **DIRECTED** to close case 11-cv-604.

    **IT IS SO ORDERED.**

    **DATED: July 20, 2011**　　　　　　　　　　　　　　　　**/s/ MICHAEL J. REAGAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**